**Robinson+Cole**

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2913

June 11, 2024

*VIA ECF*
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The requests are GRANTED. The initial pre-trial conference is adjourned from June 18, 2024 to July 10, 2024 at 2:30 p.m. The parties shall file their proposed case management plan and joint letter by July 1, 2024.   **SO ORDERED.**
>
> Dated: June 11, 2024
>         New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Nancy Bachman v. UnitedHealthcare Insurance Company of New York, Inc., et. al.*
      Case No.: 1:24-cv-03516-(JLR)

Dear Judge Rochon:

      This office represents the Defendants UnitedHealthcare Insurance Company of New York, Inc. and Oxford Health Plans (NY), Inc. (collectively, "Defendants") in this matter. Pursuant to Rule 1(F) of Your Honor's Individual Practices, Defendants respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for June 18, 2024[1] to one of three mutually available dates for the parties, including July 2, 8, or 10, 2024. Defendants also request that the parties' deadline to file the Proposed Case Management Plan and Joint Letter be extended until 10 days before the rescheduled Initial Pretrial Conference date. Defendants are seeking this adjournment because their undersigned counsel will be out of town on June 18, 2024 and for a portion of the following week. In addition, the parties would also like time to confer on whether there is an opportunity to settle this matter before appearing before Your Honor. This is Defendants' first request for an adjournment of the Initial Pretrial Conference and Plaintiff consents to the relief requested herein.

      Thank you for your consideration of this matter.

Respectfully submitted,

*Matthew P. Mazzola*

Matthew P. Mazzola

cc: All Counsel of Record (*via ECF*)

---

[1] Defendant's counsel apologizes for not submitting this request prior to the deadline for the parties to submit the Proposed Case Management Plan and Joint Letter on June 7, 2024, but he could not get in touch with Plaintiff's counsel on June 7, 2024 or before today June 11, 2024 (despite several attempts).